IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00868-PAB-BNB

GREGORY KEITH WIEBERG,

    Applicant,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections, and THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

It is hereby ORDERED that the Clerk of the Court for the District Court of Mesa County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in *People v. Gregory K. Wieberg*, Mesa County District Court, **Case No. 05CR1851,** to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before August 23, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the Mesa County District Court, by facsimile to (970)

257-8776 and by regular mail to Clerk of the Court, Mesa County District Court, 125 N. Spruce St., PO Box 20,000-5030, Grand Junction CO 81501.

DATED July 26, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge