```
                                                    FILED
                                             UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT   MAY - 7 2013
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer              JEFFREY P. COLWELL
                                              CLERK

Civil Action No. 09-cv-00868-PAB

GREGORY KEITH WIEBERG,

    Petitioner,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED May 3, 2013.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00868 PAB

Mesa County Court
125 North Spruce
Grand Junction, CO 81502

Gregory Keith Wieberg
# 132682
Bent County Correctional Facility (BCCF)
11560 Road FF75
Las Animas, CO 81054-9573

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/7/2013 .

        JEFFREY P. COLWELL, CLERK

        By: s/ D. Berardi
            Deputy Clerk